■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v HERMAN CARGILL, Defendant. [13 NYS3d 910]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered November 15, 1993.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Hall, Austin and Miller, JJ., concur.